CHARLES E. BALDWIN, Respondent, *v.* SCHENECTADY RAILWAY
COMPANY, Appellant.

*Baldwin* v. *Schenectady Railway Co.*, 125 App. Div. 912, affirmed.
(Argued December 3, 1909; decided December 17, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered
March 27, 1908, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a new
trial in an action by an employee to recover for personal injuries
alleged to have been sustained through the master's negligence.

*Daniel Naylon, Jr., Edward C. Whitmyer* and *Hubbell
Robinson* for appellant.

*E. D. Lee* and *Thomas S. Jones* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

MAYNARD N. CLEMENT, as State Commissioner of Excise of
the State of New York, Appellant, *v.* DAVID H. SMITH et
al., Respondents.

*Clement* v. *Smith*, 128 App. Div. 859, affirmed.
(Argued December 3, 1909; decided December 17, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
upon an order made November 27, 1908, affirming a judg-
ment in favor of defendants entered upon a verdict directed
by the court in an action to recover upon a liquor tax bond.

*S. H. Salisbury, Royal R. Scott, Albert O. Briggs* and
*Russel Headley* for appellant.

*Charles S. Mackenzie, Walter F. Wood* and *Thomas F.
Curran* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.